```
JAI M. GOHEL, CA SBN 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone:  (415) 771-6174
Facsimile:  (415) 474-3748
Email: jaigohel@rocketmail.com

Attorney for Defendant
JORGE GOMEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 16-0382  HSG (KAW) |
| Plaintiff, | **UNOPPOSED REQUEST AND [PROPOSED] ORDER RE: TRAVEL OUTSIDE OF DISTRICT** |
| vs. | |
| JORGE GOMEZ, et. al., | |
| Defendants. | |

    Defendant JORGE GOMEZ seeks permission to travel outside of the Northern District of California temporarily, in order to visit his mother in Southern California.  GOMEZ recently learned that his mother is seriously ill.  GOMEZ proposes to leave his current address on November 4, 2016 and return before midnight on November 7, 2016.  He will stay at his mother's house at 4829 E. Wasatch Dr. in Anaheim, California 92807, for the entire period (except for travel to and from his residence in the Northern District of California).  Other than his airline flight from Northern California to Southern California, GOMEZ agrees that he will not

travel to or transit through any point west of Interstate Highway 5 south of Castaic, California. GOMEZ will check in with U.S. Pretrial Services 24 hours after returning to the Northern District of California.

GOMEZ has spoken to Pre-Trial Services and to the government and neither objects to this request.

DATED:  October 25, 2016

          ___/s/ Jai M. Gohel_____
          JAI  M. GOHEL
          Attorney for Defendant
          JORGE GOMEZ

DATED:  October 25, 2016          BRIAN STRETCH
          United States Attorney

          ___/s/ Frank Riebli_____
          FRANK RIEBLI
          Asst. United States Attorney

## Attestation of Filer

In addition to myself, the other signatories to this Stipulation are Frank Riebli, AUSA.  I certify that I have her permission to enter a conformed signature on his behalf and file with the electronic filing system of the Court.

DATED:  October 25, 2016

          ___/s/ Jai M. Gohel_____
          JAI  M. GOHEL
          Attorney for Defendant
          JORGE GOMEZ

# [~~PROPOSED~~] ORDER

Defendant JORGE GOMEZ may travel to Southern California for the purpose of visiting his ill mother.  GOMEZ may leave his current address on November 4, 2016 and must return before midnight on November 7, 2016.  While he is in Southern California, he will reside at his mother's house at 4829 E. Wasatch Dr. in Anaheim, California 92807.  He will remain at his mother's house for the entire period he is in Southern California, and will leave only to return to his residence in the Northern District of California.  Other than his airline flight from Northern California to Southern California, GOMEZ may not travel to or transit through any point west of Interstate Highway 5 south of Castaic, California.  GOMEZ will check in with U.S. Pretrial Services 24 hours after returning to the Northern District of California.

IT IS SO ORDERED

Dated:  October __25__, 2016

_____
HON. KANDIS A. WESTMORE
United States Magistrate Court Judge