JAI M. GOHEL, CA SBN 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748
Email: jaigohel@rocketmail.com

Attorney for Defendant
JORGE GOMEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 16-0382 HSG (KAM) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: TRAVEL OUTSIDE OF DISTRICT** |
| vs. | |
| JORGE GOMEZ, JR., et. al., | |
| Defendants. | |

Defendant JORGE GOMEZ seeks to travel outside of the Northern District of California, in order to go on a family trip to Las Vegas, Nevada. The trip will go from September 13, 2017 to September 18, 2017. No co-Defendants will be going on the trip. Prior to leaving, Mr. Gomez will provide an itinerary of their trip to their U.S. Pretrial Service Officers. Mr. Gomez shall check in with U.S. Pretrial Services 24 hours after returning to the Northern District of California.

U.S. Pretrial and the Government do not object to this request.

**STIPULATION AND [PROPOSED] ORDER** 1-

IT IS SO STIPULATED

DATED: September 6, 2017

    ___/s/ Jai M. Gohel_____
JAI M. GOHEL
Attorney for Defendant
JORGE GOMEZ

DATED: September 6, 2017

BRIAN STRETCH
United States Attorney

    ___/s/ Frank Riebli_____
FRANK RIEBLI
Asst. United States Attorney

# [~~PROPOSED~~] ORDER

Defendant JORGE GOMEZ may travel outside of the Northern District of California, in order to go on a family trip to Las Vegas, Nevada. The trip will go from September 13, 2017 to September 18, 2017. No co-Defendants will be going on the trip. Prior to leaving, Mr. Gomez will provide an itinerary of his trip to their U.S. Pretrial Service Officers. Mr. Gomez shall check in with U.S. Pretrial Services 24 hours after returning to the Northern District of California.

IT IS SO ORDERED

Dated: 9/7/17

_____
Hon. KANDIS A. WESTMORE
United States Magistrate Court Judge