JAI M. GOHEL, CA SBN 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748
Email: jaigohel@rocketmail.com

Attorney for Defendant
JORGE GOMEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR 16-0382 HSG (KAM) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER RE: TRAVEL OUTSIDE OF** |
| | ) **DISTRICT** |
| JORGE GOMEZ, JR., et. al., | ) |
| Defendants. | ) |

Defendant JORGE GOMEZ seeks to travel outside of the Northern District of California, in order to go on a family trip to Lake Havasu, Arizona over the Thanksgiving Holiday. The trip will go from November 21, 2017 to November 26, 2017. No co-Defendants will be going on the trip. Mr. Gomez will fly to Long Beach and then drive to Arizona, returning to Orange County and then back to the Bay Area. Mr. Gomez will provide an itinerary of their trip to their U.S. Pretrial Service Officers. Mr. Gomez shall check in with U.S. Pretrial Services 24 hours after returning to the Northern District of California.

U.S. Pretrial and the Government do not object to this request.

**STIPULATION AND [PROPOSED] ORDER** 1-

IT IS SO STIPULATED

DATED: November 17, 2017

                                    ___*/s/ Jai M. Gohel*___
                                    JAI M. GOHEL
                                    Attorney for Defendant
                                    JORGE GOMEZ

DATED: November 17, 2017

                                    BRIAN STRETCH
                                    United States Attorney


                                  ___*/s/ Frank Riebli*___
                                    FRANK RIEBLI
                                    Asst. United States Attorney

## [~~PROPOSED~~] ORDER

Defendant JORGE GOMEZ may travel outside of the Northern District of California, in order to go on a family trip to Lake Havasu, Arizona over the Thanksgiving Holiday. The trip will go from November 21, 2017 to November 26, 2017. Mr. Gomez will provide an itinerary of his trip to their U.S. Pretrial Service Officers. Mr. Gomez shall check in with U.S. Pretrial Services 24 hours after returning to the Northern District of California.

IT IS SO ORDERED

Dated: 11/17/17

*Kandis Westmore*
Hon. KANDIS A. WESTMORE
United States Magistrate Court Judge