JAI M. GOHEL, CA SBN 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748
Email: jaigohel@rocketmail.com

Attorney for Defendant
JORGE GOMEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR 16-0382 HSG (KAW) |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND [PROPOSED] ORDER RE: TRAVEL OUTSIDE OF DISTRICT** |
| JORGE GOMEZ, JR., et. al., | ) |
| Defendants. | ) |

Defendant JORGE GOMEZ seeks to travel outside of the Northern District of California, in order to visit his family over the Christmas Holidays. The trip will go from December 22, 2017 to December 28, 2017. He will fly from Oakland to Long Beach and return by the same route. Prior to leaving, Mr. Gomez will provide an itinerary of their trip to their U.S. Pretrial Service Officers. Defendant shall check in with U.S. Pretrial Services 24 hours after returning to the Northern District of California.

The government and Mr. Gomez's Pretrial Officer does not object to this trip.

IT IS SO STIPULATED

1

2  DATED: December 18, 2017

3

4                                                    ___/s/ Jai M. Gohel_____
                                                     JAI  M. GOHEL
5                                                    Attorney for Defendant
                                                     JORGE GOMEZ
6

7

8  DATED: December 18, 2017

9                                                    BRIAN STRETCH
                                                     United States Attorney
10

11
                                                     ___/s/ Frank J. Riebli_____
12                                                   FRANK J. RIEBLI
                                                     Asst. United States Attorneys
13

14

15

16

17

18

19

20

21

22

23

24

25

**STIPULATION AND [PROPOSED] ORDER**                                        2-

**[PROPOSED] ORDER**

Defendant JORGE GOMEZ may travel outside of the Northern District of California, in order to visit his family over the Christmas Holidays. The trip will go from December 22, 2017 to December 28, 2017. He will fly from Oakland to Long Beach and return by the same route. Prior to leaving, Mr. Gomez will provide an itinerary of their trip to their U.S. Pretrial Service Officers. Defendant shall check in with U.S. Pretrial Services 24 hours after returning to the Northern District of California.

IT IS SO ORDERED

Dated: 12/19/17

Hon. KANDIS A. WESTMORE
United States Magistrate Court Judge