JAI M. GOHEL, CA SBN 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748
Email: jaigohel@rocketmail.com

Attorney for Defendant
JORGE GOMEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br><br>JORGE GOMEZ, JR., et. al.,<br><br>　　　　Defendants. | Case No.: CR 16-0382 HSG (KAW)<br><br>**STIPULATION AND [PROPOSED]　ORDER RE: TRAVEL OUTSIDE OF　DISTRICT** |

Defendant JORGE GOMEZ seeks to travel outside of the Northern District of California, in order to go on a family trip to Las Vegas, Nevada. The trip will go from May 2, 2018 to May 8, 2018. No co-Defendants will be going on the trip. Mr. Gomez will fly roundtrip on Southwest Airlines to Las Vegas. He will be staying at the MGM Grand Hotel.

Mr. Gomez will provide an itinerary of their trip to their U.S. Pretrial Service Officers. Mr. Gomez shall check in with U.S. Pretrial Services 24 hours after returning to the Northern District of California.

U.S. Pretrial and the Government do not object to this request.

**STIPULATION AND [PROPOSED] ORDER** 　　　　　　　　　　　　　　　　　　　　　　　　1-

IT IS SO STIPULATED

DATED: April 23, 2018

        ___/s/ *Jai M. Gohel*_____
JAI M. GOHEL
Attorney for Defendant
JORGE GOMEZ

DATED: April 23, 2018

ALEX TSE
United States Attorney


___/s/ *Katherine Wawrzyniak*_____
KATHERINE WAWRZYNIAK
Asst. United States Attorney

**STIPULATION AND [PROPOSED] ORDER**    2-

## [PROPOSED] ORDER

Defendant JORGE GOMEZ may travel outside of the Northern District of California, in order to go on a family trip to Las Vegas, Nevada. The trip will go from May 2, 2018 to May 8, 2018.

Mr. Gomez will provide an itinerary of their trip to their U.S. Pretrial Service Officers. Mr. Gomez shall check in with U.S. Pretrial Services 24 hours after returning to the Northern District of California.

IT IS SO ORDERED

Dated: 4/24/18

_Kandis Westmore_
Hon. KANDIS A. WESTMORE
United States Magistrate Court Judge

**STIPULATION AND [PROPOSED] ORDER** 3-