16-cr-382-HSG-11

FILED
JUN 18 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, Jorge Gomez am humbly writing this letter to offer my sincere apologies for the inappropriate behavior that led me down a path of self destruction. Over the last few months, I have constantly replayed the events in my head that led me here and am embarrassed of my actions and truly remorseful of participation in the conspiracy to manufacture, distribute, and possess with intent to distribute marijuana. My mistakes have added tremendous unnecessary pressure to my family, and placed me in an untenable position.

In looking back, I understand how wrong I am and sorry for getting involved with marijuana and accept total responsibility. My actions have impacted my family, friends, career, and community. I am deeply ashamed in trying to find financial shortcuts by building marijuana grow houses and conspiring to distribute.

The impact of my actions affected many, from my closest family and friends to the community that I live and work in. My involvement in supplying marijuana in my own neighborhood made it even more accessible for everyone to use and further spread this dangerous, illegal addiction affecting all from children to adults. Through self-reflection, and renewed sense of faith, I now clearly understand that my actions eroded the values of my family, the christian Church and United States of America. For all of this, I accept full responsibility and ask for your forgiveness.

I apologize to everyone that has suffered due to my behavior. First my family and friends that supported me

with their unconditional love, even at times when I didn't deserve it. Also, my friends that I misguided and involved in this illegal activity. Also, my community, fellow neighbors and the innocent that experienced pain inflicted by my actions. I understand that I cannot go back and change the past and have asked God for forgiveness and guidance towards a deeper spiritual relationship. Going forward, I am committed to being a better person and the man that God has called me to be. While there is a long road to recovery ahead of me, I am proud to say that I have not been involved with any criminal activity since my arrest. I know that this will not undo what has been done and want all who read this heartfelt letter to undoubtedly know how sorry I am.

 Again, I want to be a productive member of the community and live an exemplary life rooted in th Lord. I plan to serve my community, schools, and homeless. My hope is that by sharing my story of how smoking marijuana ruined my life, and ultimately ignited a downward spiraled ending in my incarceration. I am proud to be an American and live in the country built on second chances, and intend to mend for what I have done with my second chance, if given. My remaining life will be to focus on making positive societal contributions, and ask for the courts forgiveness.

*Jorge Gomez*