JAI M. GOHEL, CA SBN 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748
Email: jaigohel@rocketmail.com

Attorney for Defendant
JORGE GOMEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA, | )   Case No.: CR 16-0382 HSG (KAM) |
| | ) |
| Plaintiff, | )   **STIPULATION AND [~~PROPOSED~~]** |
| vs. | )   **ORDER RE: TRAVEL OUTSIDE OF** |
| | )   **DISTRICT** |
| JORGE GOMEZ, JR., et. al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

    Defendant JORGE GOMEZ seeks to travel outside of the Northern District of California, in order to visit with his sister who is expecting a baby on July 16, 2018. Mr. Gomez will stay at his sister's house at 4829 E. Wasatch Drive, Anaheim, CA from July 13 to July 22, 2018. Mr. Gomez has been designated to voluntarily surrender to the BOP facility in Sheridan, Oregon on July 30, 2018. Mr. Gomez will provide an itinerary of their trip to their U.S. Pretrial Service Officers. Mr. Gomez shall check in with U.S. Pretrial Services 24 hours after returning to the Northern District of California.

    U.S. Pretrial and the Government do not object to this request.

IT IS SO STIPULATED

DATED: June 28, 2018

___/s/ Jai M. Gohel_____
JAI  M. GOHEL
Attorney for Defendant
JORGE GOMEZ

DATED: June 28, 2018

ALEX TSE
United States Attorney

___/s/  Frank Riebli_____
FRANK RIEBLI
Asst. United States Attorney

**[PROPOSED] ORDER**

Defendant JORGE GOMEZ may travel outside of the Northern District of California, in order to visit with his sister who is expecting a baby on July 16, 2018. Mr. Gomez will stay at his sister's house at 4829 E. Wasatch Drive, Anaheim, CA from July 13 to July 22, 2018.

Mr. Gomez will provide an itinerary of his trip to their U.S. Pretrial Service Officers. Mr. Gomez shall check in with U.S. Pretrial Services 24 hours after returning to the Northern District of California.

IT IS SO ORDERED

Dated: 6/29/18

Hon. KANDIS A. WESTMORE
United States Magistrate Court Judge